UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Trevor Orr, individually and on behalf of all others similarly situated, | Civ. No. 16-3108 (PAM/SER) |
| Plaintiff, | |
| v. | |
| Polaris Industries, Inc., Scott W. Wine, and Michael T. Speetzen, | |
| Defendants. | **ORDER** |
| Seepersaud Surooj and Kowsilla Surooj, Individually and on behalf of all others Similarly situated, | Civ. No. 16-3599 (PAM/SER) |
| Plaintiffs, | |
| v. | |
| Polaris Industries, Inc., Scott W. Wine, and Michael T. Speetzen, | |
| Defendants. | |

This matter is before the Court on the parties' stipulation (Docket No. 52 in 16-3108; Docket No. 39 in 16-3599). The parties have stipulated to the appointment of a lead Plaintiff in this matter as well as to the appointment of Lead and Liaison Counsel. In addition, the parties ask the Court to consolidate these two matters for pretrial purposes. This stipulation disposes of motions in each case (Docket Nos. 23, 29, and 35 in 16-3108; Docket Nos. 19, 25, and 30 in 16-3599), and the hearing on those motions scheduled for December 29, 2016, is cancelled.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Under Fed. R. Civ. P. 42(a), these related actions are **CONSOLIDATED** for pretrial purposes as In re Polaris Industries, Inc. Securities Litigation, under the master file number 16-cv-3108 (PAM/SER);

2. City of Atlanta Police Officers' Pension Fund is **APPOINTED** as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B);

3. Robbins Geller Rudman & Dowd LLP is **APPOINTED** Lead Counsel and Hellmuth & Johnson, PLLC is **APPOINTED** Liaison Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

Dated: December 12, 2016

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge