# UNITED STATES DISTRICT COURT
## District of Minnesota

In re Polaris Industries, Inc. Securities Litigation,

| | |
|---|---|
| City of Atlanta Police Officers' Pension Fund<br>Trevor Orr, *Individually and on behalf of all others similarly situated*, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number:   16-cv-3108 PAM/SER |
| Polaris Industries, Inc.,<br>Scott W. Wine,<br>Michael T. Speetzen,<br>Kenneth J Pucel,<br>Matthew J Homan,<br>Bennett J Morgan,<br>David C Longren, | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' Motion to Dismiss (Docket No. 73) is GRANTED and the Amended Complaint (Docket No. 64) is DISMISSED with prejudice.

| | |
|---|---|
| Date: 10/13/2017 | RICHARD D. SLETTEN, CLERK |
| | s/Amy Halverson |
| | (By)   Amy Halverson, Deputy Clerk |